

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00350-CV

| | | |
|---|---|---|
| Waterway Ranch, LLC and Michael P. Olson | § | From the 43rd District Court |
| | § | of Parker County (CV12-1677) |
| v. | | |
| | § | April 10, 2014 |
| Texas Bank Financial f/k/a The Bank of Weatherford | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Waterway Ranch, LLC and Michael P. Olson shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel